IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:21-CR-00283-DGK |
| ALAN E. SANCHEZ, | ) ) | |
| Defendant. | ) ) | |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Now before the Court is Defendant Alan E. Sanchez's Motion to Suppress Evidence, ECF No. 34, and United States Magistrate Judge Jill A. Morris's Report and Recommendation, ECF No. 49, recommending the Court deny the motion. Neither party has objected to the Report and Recommendation, and the time for doing so has passed. *See* L.R. 74.1.

Defendant seeks to suppress the cocaine recovered from his luggage on November 15, 2021, which he contends was seized in violation of the Fourth Amendment. After reviewing the report and conducting an independent review of the applicable law and record, *see id.*, the Court agrees with the Magistrate's thorough and well-reasoned opinion holding that Defendant voluntarily consented to the search of his luggage. Accordingly, the cocaine found inside his luggage was not seized in violation of the Fourth Amendment.

The Court ADOPTS the Report and Recommendation and DENIES Defendant's motion.

**IT IS SO ORDERED.**

Date:  January 11, 2023                     /s/ Greg Kays
                                            GREG KAYS, JUDGE
                                            UNITED STATES DISTRICT COURT