IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                          Criminal Action No.
                                              21-00283-01-CR-W-DGK

ALAN E. SANCHEZ,

          Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

**TRIAL COUNSEL**:
    Government: Trey Alford and John Constance; a paralegal will also be seated at counsel table
    Case Agent: DEA Special Agent Brandon Soles
    Defense: Razmi Tahirkheli; an associate and paralegal will also be seated at counsel table

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   The Government will file a Rule 404(b) Notice.

**TRIAL WITNESSES**:
    Government: 5 with stipulations; 7 without stipulations
    Defense: no additional witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: 50-75 exhibits
    Defense: no additional exhibits

**DEFENSES**:
    ( x ) defense of general denial
    (   ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial            (  ) Possibly for trial
    (  ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
    Government's case including jury selection: 1 ½ days
    Defense case: ½ day

**STIPULATIONS**:
    (  ) not likely
    (  ) not appropriate
    ( x ) likely as to:
        ( x ) chain of custody
        ( x ) chemist's reports
        (  ) prior felony conviction
        (  ) interstate nexus of firearm
        (  ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: Noon, Wednesday, July 5, 2023
    Defense: Noon, Wednesday, July 5, 2023
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: Noon, Wednesday, July 5, 2023
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: Noon, Wednesday, July 5, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing July 17, 2023
    **Please note**: *The Government requests the first week of the docket due to witness unavailability during the second week.*

**OTHER**:
    (  ) A _____-speaking interpreter is required.
    (  ) Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                             */s/ Jill A. Morris*
                                                              JILL A. MORRIS
                                                              United States Magistrate Judge